

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-18-00114-CR

Kristi **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 16-09-180-CRW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on September 26, 2018. *See* TEX. R. APP. P. 38.6(a). After the brief was due, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on October 26, 2018.

**Any further motions for extension of time to file Appellant's brief will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court